# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2018

*The Court of Appeals hereby passes the following order*

**A18D0528. MELVIN TAYLOR v. R&S CAPITAL, LLC d/b/a FAVOR MARKET.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18SG01268



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, July 25, 2018.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*